UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>KKR & CO. INC., *et al.*<br><br>*Defendants*. | Case No.: 1:25-cv-343-JHR<br><br>[rel. 1:25-cv-448-JHR] |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2025

[PROPOSED] ORDER

The motion of Leah Graham to withdraw as counsel for the United States in the above-captioned matter is granted.

IT IS SO ORDERED.

DATED this  23rd  day of  April , 2025.

The Clerk of Court is directed to terminate Leah Graham as attorney of record in this case.  The Clerk of Court is further directed to terminate ECF No. 71.

_____
The Honorable Jennifer H. Rearden
United States District Judge