JAY CLAYTON
United States Attorney for the
Southern District of New York
By: CHRISTOPHER K. CONNOLLY
   RACHEL KROLL
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2761 / 2765
E-mail: christopher.connolly@usdoj.gov
   rachel.kroll@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KKR & CO. GP LLC, <br><br> Plaintiff, <br><br> v. <br><br> ABIGAIL SLATER, in her official capacity as ASSISTANT ATTORNEY GENERAL OF THE UNITED STATES FOR THE ANTITRUST DIVISION, UNITED STATES DEPARTMENT OF JUSTICE, the FEDERAL TRADE COMMISSION, and UNITED STATES OF AMERICA, <br><br> Defendants. | 25 Civ. 448 (JHR) <br><br> **NOTICE OF MOTION** |

　　PLEASE TAKE NOTICE that upon the accompanying memorandum of law and all prior pleadings and proceedings herein, defendants, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, shall move this Court, before the Honorable Jennifer H. Rearden, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, for dismissal of the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated:   New York, New York
         April 23, 2025

                                          JAY CLAYTON
                                          United States Attorney for the
                                          Southern District of New York

By:   /s/ *Rachel Kroll*
      CHRISTOPHER K. CONNOLLY
      RACHEL KROLL
      Assistant United States Attorneys
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2761 / 2765
      E-mail: christopher.connolly@usdoj.gov
              rachel.kroll@usdoj.gov