UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KKR & CO. GP LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ABIGAIL SLATER, in her official capacity as ASSISTANT ATTORNEY GENERAL OF THE UNITED STATES FOR THE ANTITRUST DIVISION, UNITED STATES DEPARTMENT OF JUSTICE, the FEDERAL TRADE COMMISSION, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-cv-448<br>[rel. 1:25-cv-343] |

## JOINT STIPULATION OF ALL PARTIES FOR VOLUNTARY DISMISSAL OF COUNT I WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff KKR & Co. GP LLC ("KKR") along with Defendants Abigail Slater, in her official capacity as Assistant Attorney General of the United States for the Antitrust Division, the United States Department of Justice, the Federal Trade Commission, and United States of America (together, "Defendants") (each a "Party" and collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree that Count I of Plaintiff's Complaint is voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

|  |  | Respectfully submitted, |
|---|---|---|
|  |  | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| DATED: May 13, 2025 | By: | /s/ *William A. Burck* |

William A. Burck
Michael D. Bonanno (*pro hac vice*)
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202.538.8000
williamburck@quinnemanuel.com
mikebonanno@quinnemanuel.com

Andrew J. Rossman
Stephen E. Frank (*pro hac vice*)
Mario O. Gazzola
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue
New York, NY 10016
Tel: 212.849.7000
andrewrossman@quinnemanuel.com
stephenfrank@quinnemanuel.com
mariogazzola@quinnemanuel.com

John Bash (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
300 West 6th St., Suite 2010
Austin, TX 78701
Tel: 737.667.6100
johnbash@quinnemanuel.com

D. Bruce Hoffman (*pro hac vice*)
Ryan Shores (*pro hac vice*)
C. Lawrence Malm
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Tel: 202.974.1500
bhoffman@cgsh.com
rshores@cgsh.com
lmalm@cgsh.com

Lina Bensman
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Tel: 212.225.2000
lbensman@cgsh.com

Charles F. Rule (*pro hac vice*)
Deborah Garza (*pro hac vice*)
Daniel J. Howley
**RULE GARZA HOWLEY LLP**
901 Seventh Street, NW
Suite 600
Washington, D.C. 20001
Tel: 202.843.9280
rule@rulegarza.com
garza@rulegarza.com
howley@rulegarza.com

*Counsel for Plaintiff*

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____
CHRISTOPHER K. CONNOLLY
RACHEL KROLL
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: 212.637.2761 / 2765
christopher.connolly@usdoj.gov
rachel.kroll@usdoj.gov

*Counsel for Defendants*

SO ORDERED this __14th__ day of __May__, 2025.

_____
The Honorable Jennifer H. Rearden